**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| SA'DA JOHNSON, ET AL., ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 00-1349 |
| BOARD OF EDUCATION CHAMPAIGN ) COMMUNITY UNIT SCHOOL ) DISTRICT #4, ) | |
| Defendant. ) | |

## O R D E R

Having found Defendant's brief to be largely unresponsive to the Court's July 31, 2006 Order in that it did not, in collaboration with Plaintiff's, adequately address specific targets, steps, and responsibility for accelerating the progress of African American students as agreed under the Second Revised Consent Decree, the Court hereby orders Defendant to work collaboratively with Plaintiffs to produce a plan that is responsive to the Court's Order, and which addresses all areas of the Consent Decree including all objectives and goals as stated in the Education Equity Implementation Plan.  The proposed plan must be reviewed and approved by the Monitoring Team.  Any disputes that arise during the negotiation of this plan should be submitted for mediation.  The plan should include a mutually agreed upon process for fulfilling the District's good faith commitment for the provision of student seats in North Champaign.  The plan must be submitted to the Court no later than January 15, 2007.

ENTERED this  19th  day of October, 2006.

s/Joe B. McDade
JOE BILLY McDADE
United States District Judge