## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| SA'DA JOHNSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 00-cv1349 |
| ) | |
| BOARD OF EDUCATION CHAMPAIGN ) | |
| COMMUNITY UNIT SCHOOL ) | |
| DISTRICT #4, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

On August 15, 2008, this Court set this matter for a status conference to occur on September 3, 2008. It has come the Court's attention that the parties require additional clarification on the scope of the status conference. In light of the upcoming expiration of the Consent Decree, the Court would find it helpful for the parties to provide, to the extent possible, an agreed statement of the positive progress made under the consent decree.

Specifically, the Court seeks a statement on what has been done to fulfill the terms of the Consent Decree, what terms still need to be fulfilled, and what steps each side believes are necessary to reach to goals of the decree. The Court is mindful that these are broad topics and that the issues surrounding achievement, discipline, and the alternative school, among other things, are complicated and have generated voluminous reports and responses. However, the parties should be mindful that this will be a status conference and not an extended hearing on all

matters that have been raised in the reports and responses. The Court does not require the above statements to be in writing.

Finally, Plaintiffs seek an in-chambers status conference. The Plaintiffs have not indicated why an in-chambers conference is preferable to the normal in-court conference.

Entered this <u>25th</u> day of August, 2008

s/ Joe B. McDade
JOE BILLY MCDADE
United States District Judge
