## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| SA'DA and TYJUAN JOHNSON, minors, by their parent and next friend FELICIA JOHNSON, et al., ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | Case No. 00-1349 |
| BOARD OF EDUCATION OF CHAMPAIGN COMMUNITY UNIT SCHOOL DISTRICT #4, ) ) ) ) ) | Chief Judge McDade |
| Defendant. ) | |

### MOTION TO ALLOW THE PHOTOGRAPHING AND VIDEOTAPING OF COURT PROCEEDINGS BY THE NEWS-GAZETTE, INC.

Intervenor, The News-Gazette, Inc., through its attorneys, Webber & Thies, P.C., for its Motion to Allow the Photographing and Videotaping of Court Proceedings by The News-Gazette, Inc., states as follows:

1. In the instant action, the Court has granted media access to the courtroom for the purpose of filming the public hearing proceedings taking place on September 15, 2009. In the exercise of its discretion, however, the Court has decreed that representatives of The News-Gazette, Inc. shall be prohibited from filming the said public hearing, while television stations have explicitly been granted permission to film those proceedings.

2. The News-Gazette, Inc. has intervened in this action to advocate for uniform public access to the proceedings in this litigation, in that such access has been granted by the court to one form of media but not to all forms.

3. The defendant in this matter is the Champaign Community School District No. 4

Board of Education. The matter before the Court is of profound local and regional interest, and will affect the conduct of public education within the community of Champaign for years to come. Having determined that media shall be allowed to film the said public hearing, the interest of the public requires that The News-Gazette, Inc. be included among those members of the media allowed such access.

4. This Motion is further supported by the memorandum filed simultaneously herewith.

WHEREFORE, Intervenor, The News-Gazette, Inc., respectfully requests that this Court allow the photographing and videotaping by The News-Gazette, Inc. of its public hearing proceedings conducted on September 15, 2009.

>Respectfully submitted,
>THE NEWS-GAZETTE, INC.
>
>BY:   WEBBER & THIES, P.C.
>
>BY: s/ David C. Thies
>      David C. Thies (3126449)
>      Attorney for The News-Gazette, Inc.
>      WEBBER & THIES, P.C.
>      202 Lincoln Square
>      P.O. Box 189
>      Urbana, IL 61803
>      Telephone: (217) 367-1126
>      Facsimile: (217) 367-3752
>      dthies@webberthies.com